IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES LEE TROXLER, | ) | |
| Petitioner, | ) | |
| v. | ) | 1:06CV109 |
| STATE OF NORTH CAROLINA, | ) | |
| Respondent. | ) | |

**J-U-D-G-M-E-N-T**

On February 2, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice to Petitioner filing a new petition.

_____
United States District Judge

DATE: March 17, 2006